```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 05633
    IRMA L EDWARDS
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-1721

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 03/10/2008 and was not confirmed.

    The case was dismissed without confirmation 05/01/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS        CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                         PAID           PAID
--------------------------------------------------------------------------------
NEXTEL                    UNSECURED     NOT FILED           .00            .00
CINGULAR                  UNSECURED     NOT FILED           .00            .00
TCF BANK                  UNSECURED     NOT FILED           .00            .00
AT&T                      UNSECURED     NOT FILED           .00            .00
CHICAGO HEIGHTS FIRE DEP  UNSECURED     NOT FILED           .00            .00
FIRESTONE                 UNSECURED     NOT FILED           .00            .00
US FAST CASH              UNSECURED     NOT FILED           .00            .00
CITICORP CREDIT SERVICES  UNSECURED     NOT FILED           .00            .00
CITICORP CREDIT SERVICES  UNSECURED     NOT FILED           .00            .00
SPRINT PCS                UNSECURED     NOT FILED           .00            .00
CREDIT UNION 1            UNSECURED       3934.53           .00            .00
SPRINT COMMUNICATION      UNSECURED     NOT FILED           .00            .00
AMERICAS FINANCIAL CHOIC  UNSECURED        714.50           .00            .00
TCF NATIONAL BANK         UNSECURED     NOT FILED           .00            .00
WILL COUNTY               UNSECURED     NOT FILED           .00            .00
ILLINOIS INSURANCE C      UNSECURED     NOT FILED           .00            .00
ILLINOIS INSURANCE C      UNSECURED     NOT FILED           .00            .00
ISAC                      UNSECURED       8972.16           .00            .00
II DESIGNATED             UNSECURED     NOT FILED           .00            .00
II DESIGNATED             UNSECURED     NOT FILED           .00            .00
II DESIGNATED             UNSECURED     NOT FILED           .00            .00
II DESIGNATED             UNSECURED     NOT FILED           .00            .00
SULLIVAN URGENT AID       UNSECURED     NOT FILED           .00            .00
SULLIVAN URGENT AID       UNSECURED     NOT FILED           .00            .00
KENNEDY KING COLLEGE      UNSECURED     NOT FILED           .00            .00
MAROZAS EDWARD            UNSECURED     NOT FILED           .00            .00
METROPOLITAN AUTO         UNSECURED     NOT FILED           .00            .00
PRAIRIE STATE COLLEGE     UNSECURED     NOT FILED           .00            .00
TCF NATIONAL BANK         UNSECURED     NOT FILED           .00            .00
R&R COUNTRY               UNSECURED     NOT FILED           .00            .00
CHARTER ONE BANK CHE      UNSECURED     NOT FILED           .00            .00
RMI/MCSI                  UNSECURED        525.00           .00            .00
RMI/MCSI                  UNSECURED     NOT FILED           .00            .00
MCI                       UNSECURED     NOT FILED           .00            .00
SOUTH SUBURBAN COLLEGE    UNSECURED     NOT FILED           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 05633 IRMA L EDWARDS
```

```
T MOBILE                    UNSECURED       NOT FILED              .00             .00
FIRST CASH                  UNSECURED       NOT FILED              .00             .00
UNIVERSITY OF PHOENIX       UNSECURED       NOT FILED              .00             .00
FLOSSIE MYLES               NOTICE ONLY     NOT FILED              .00             .00
CITICORP CREDIT SERVICES    UNSECURED       NOT FILED              .00             .00
CITY OF CHICAGO PARKING     UNSECURED       NOT FILED              .00             .00
US CELLULAR CHICAGO         UNSECURED       NOT FILED              .00             .00
COMCAST                     UNSECURED       NOT FILED              .00             .00
COMCAST                     UNSECURED       NOT FILED              .00             .00
RIVER AUTO GROUP LTD        NOTICE ONLY     NOT FILED              .00             .00
AMERICAN GENERAL FINAN      SECURED            5940.00             .00             .00
AMERICAN GENERAL FINAN      UNSECURED       NOT FILED              .00             .00
RIVER AUTO GROUP LTD        UNSECURED             .00              .00             .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY           .00                              .00
TOM VAUGHN                  TRUSTEE                                                .00
DEBTOR REFUND               REFUND                                                 .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS                  DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                                .00

PRIORITY                                                             .00
SECURED                                                              .00
UNSECURED                                                            .00
ADMINISTRATIVE                                                       .00
TRUSTEE COMPENSATION                                                 .00
DEBTOR REFUND                                                        .00
                                 ---------------    ---------------
TOTALS                                 .00                 .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 08/26/08              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                         PAGE   2
          CASE NO. 08 B 05633 IRMA L EDWARDS